SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Fax No. 533-4745
Email: sam@kingandking.com
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 03-0367 DAE-08 |
|---|---|
| vs. | ) |
| AUGUSTUS SANTOS, | ) DEFENDANT'S SENTENCING ) STATEMENT |
| Defendant. | ) |

### DEFENDANT'S SENTENCING STATEMENT

Defendant has no objections to the Proposed Presentence Report. Defendant has cooperated with the Government and expects the Government to make a motion for downward departure on his behalf based on his cooperation

DATED: Honolulu, Hawaii, April 19, 2006.

SAMUEL P. KING, JR.
Attorney for Defendant

CERTIFICATE OF SERVICE ATTACHED

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the United States Attorney at 300 Ala Moana Blvd., Honolulu, Hawaii, on April 19, 2006.

DATED: Honolulu, Hawaii, April 19, 2006.

_____
SAMUEL P. KING, JR.
Attorney for Defendant