ORIGINAL

SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Tel. No. 521-6937
Fax No. 533-4745
Email: sam@kingandking.com
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 3 2006

at \_\_\_ o'clock and \_\_\_ min \_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. No. 02-00943 KSC |
| vs. | ) |
| AUGUSTUS SANTOS, | ) STIPULATION TO AMEND CONDITIONS |
| | ) OF PRETRIAL RELEASE; ORDER |
| Defendant. | ) |

### STIPULATION TO AMEND CONDITIONS OF PRETRIAL RELEASE

Undersigned counsel for the UNITED STATES OF AMERICA and Defendant, with the consent of Pretrial Services, hereby stipulate to amend the conditions of Defendant's pretrial release as follows:

1) Defendant may travel to visit family in California from May 29, 2006, to June 6, 2006. Defendant will stay at Gina Abaya's house, 29 Cerrito, Irvine, CA 92612; phone number 949-823-0168. Gina Abaya is Defendant's cousin.

2) All other terms and conditions of pretrial release not amended by this Stipulation shall remain in full force and effect.

DATED: Honolulu, Hawaii, May 17, 2006.

APPROVED:

_____
PRETRIAL SERVICES

_____
SAMUEL P. KING, JR.
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

_____
ASSISTANT UNITED STATES ATTORNEY