# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/02/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 03-00367DAE

CASE NAME: USA v. (08)Augustos Santos

ATTYS FOR PLA: Chris Thomas

ATTYS FOR DEFT: (08)Samuel P. King, Jr.

USPO: Mona Godinet

JUDGE: David Alan Ezra   REPORTER: Cynthia Fazio

DATE: 10/02/2006   TIME: 11:15am-12:00pm

COURT ACTION: EP: Sentencing to Count 6 of the Indictment as to Defendant (08)Augustos Santos. Government's Motion for Downward Departure.

Defendant (08)Augustos Santos present, not in custody.

The Memorandum Plea Agreement is accepted. Safety valve applies.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant (08)Augustos Santos.

SENTENCE:

Imprisonment: 90 DAYS

Supervised Release: 7 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision. If defendant tests clean after the first 2 years of supervised release, drug testing may be terminated, at the discretion of the probation office.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. The fine of $3,600 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant perform 300 hours of community service, 100 hours per year of supervised release for the first 3 years, as directed by the Probation Office.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: FDC Honolulu.

Mittimus is stayed until 1/3/2007. Defendant to self-surrender @2:00 p.m. on 1/3/2007 at the FDC Honolulu Detention Center.

Defendant advised of his right to appeal.

Submitted by: Theresa Lam, Courtroom Manager