AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:     1:03CR00367-008  DAE                                Judgment - Page 2 of 6
DEFENDANT:       AUGUSTUS SANTOS

*c/o financial*

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **90 DAYS**

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      FDC Honolulu

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[✔]   The defendant shall surrender for service of sentence at the Honolulu Federal Detention Center.:
      [✔] before 2:00pm, local time on 1/3/2007.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 22 2007

at 10 o'clock and 15 min. AM
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant ~~delivered on~~ v/s  1/3/07  to  FEDERAL DETENTION CENTER
                                            P.O. ~~[illegible]~~
                                            HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

John T. Rothman, Warden
~~UNITED STATES MARSHAL~~

By  SCARDONA/ISS
    ~~Deputy U.S. Marshal~~
    (COPY)