PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 03 2007

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

# United States District Court

for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: AUGUSTUS SANTOS          Case Number: CR 03-00367DAE-08

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence: 10/2/2006

Original Offense:   Count 6: POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), a Class B felony

Original Sentence:   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ninety (90) days to be followed by seven (7) years supervised release with the following conditions: 1) The fine of $3,600 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived; 2) Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 3) Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition; and 4) That the defendant perform 300 hours of community service, 100 hours per year of supervised release for the first 3 years, as directed by the Probation Office.

Type of Supervision: Supervised Release     Date Supervision Commenced: 3/23/2007

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

Mandatory Condition: *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.*

Special Condition No. 5: *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Special Condition No. 6. *That the defendant shall not possess or consume alcohol for the duration of the supervised release term.*

## CAUSE

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. General Condition | On 11/17/2007, the offender engaged in conduct constituting Operating a Vehicle Under the Influence of an Intoxicant, in violation of Hawaii Revised Statutes § 291E-0061 (a petty misdemeanor) and the General Condition. |

On 11/17/2007, the subject reported that he was arrested for Operating a Vehicle Under the Influence of an Intoxicant.

On 11/20/2007, the subject's police report was reviewed at the Honolulu Police Department (HPD), Records Division. According to the police report, on 11/17/2007 at approximately 2:00 a.m., a HPD officer observed the subject driving on the wrong side of Puahi Street in Honolulu, Hawaii. After detaining the subject, the officer noted the strong odor of alcohol, the subject's slurred speech, and his inability to maintain his balance. The subject then failed a field sobriety test and was subsequently arrested for Operating a Vehicle While Under the Influence of an Intoxicant. An Intoxilyzer test was administered and Blood Alcohol Content (BAC) measured beyond the legal limit (.08%) at .157%.

Prob 12B
(7/93)

3

On 11/20/2007, the subject appeared for an office visit and was questioned about the incident. The subject acknowledged that he operated his vehicle on 11/17/2007 after consuming excessive amounts of alcohol at Indigo's Restaurant in the downtown area of Honolulu. He then expressed remorse and agreed to accept responsibility for his misconduct. The subject intends to plead guilty to the offense at his next court proceeding on 12/17/2007.

To his credit, the subject resides in a stable residence and is gainfully employed as a full-time laborer for Designer Built Systems, Honolulu, Hawaii. In addition, the subject has performed over 100 hours of community service and paid off his $3,600 fine on 7/27/2007.

Given the subject's overall adjustment on supervised release and willingness to address the incident by modifying his supervised release conditions, it is recommended that the Court modify the subjects conditions and allow him to continue on supervision. The subject's conditions of supervised release will be monitored closely and any further violations will be reported to the Court.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

CARTER A. LEE
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 11/28/2007

Prob 12B
(7/93)

4

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
DAVID ALAN EZRA
U.S. District Judge

_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]    To extend the term of supervision for years, for a total term of years.
[ X ]    To modify the conditions of supervision as follows:

Mandatory Condition:    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

5.    *That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

6.    *That the defendant shall not possess or consume alcohol for the duration of the supervised release term.*

Witness: _____
CARTER A. LEE
U.S. Probation Officer

Signed: _____
AUGUSTUS SANTOS
Supervised Releasee

11/20/07
Date